IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LAKISHIA HILL**                                                                                    **PLAINTIFF**

V.                                          CASE NO. 5:09cv00281 JMM

**CITY OF PINE BLUFF, ET AL.**                                                         **DEFENDANTS**

ORDER

The Parties are directed to meet and file a joint status report on or before, June 10, 2011, in the above styled case.

IT IS SO ORDERED THIS   31    day of   May  , 2011.


_____
James M. Moody
United States District Judge