IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LAKISHIA HILL**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 5:09cv00281 JMM**

**ROBERT TUCKER, CARL REDUS, AND**
**CITY OF PINE BLUFF, ET AL.**                                                   **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS  4   day of  August  , 2011.**

**James M. Moody**
**United States District Judge**